# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BALIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>HON. FRED UPTON,<br><br>                    Defendant. | Case No. 1:15-cv-01419-AWI-JLT<br><br>**[PROPOSED]** **ORDER ON MOTION FOR LEAVE TO REDACT PERSONAL IDENTIFYING INFORMATION**<br><br>(Doc. 3) |

UPON CONSIDERATION OF the *Motion for Leave to Redact Personal Identifying Information* filed by Defendant the Honorable Fred Upton, the Court **ORDERS**:

1. The motion (Doc. 3) is **GRANTED;**

2. Defendant may redact his personal phone number from all papers filed with the Court, which relief applies *nunc pro tunc* to any papers appended to his Notice of Removal that contain his personal phone number;

///

///

///

///

     3.     Plaintiff **SHALL** omit or redact the personal phone numbers of Defendant and of every other member of congress or other elected official from all papers he files with the Court.

IT IS SO ORDERED.

   Dated:   **September 22, 2015**           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE