**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMIAH BALIK , | ) Case No.: 1:15-cv-01419 AWI JLT |
| Plaintiff, | ) |
| | ) ORDER GRANTING REQUEST FOR |
| v. | ) SCREENING |
| | ) |
| HON. FRED UPTON, | ) (Doc. 7) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Before the Court is the request of Defendant for the Court to screen the complaint prior to his filing a responsive pleading. (Doc. 7) Alternatively, Defendant requests an extension of time by which he may respond to the pleading. <u>Id</u>.

The court is authorized to screen complaints and to dismiss any actions if it is "frivolous or malicious," it "fails to state a claim on which relief may be granted," or it "seeks monetary relief against a defendant who is immune from such relief." (28 U.S.C. § 1915(e)(2)(B))  The authority to screen complaints to determine their viability extends to all actions "notwithstanding any filing fee . . . that may have been paid . . ."[1]

A cursory review of the complaint indicates that the Court should be fully screen the pleading prior to requiring Defendant to respond.  Therefore, the Court **ORDERS**:

---

[1] Plaintiff has not sought to proceed in forma pauperis in this Court, the Kern County Superior Court granted him this status before it was removed to here. (Doc. 1-4 at 2)

1. The request for the Court to screen the action pursuant to 28 U.S.C. 1915(e)(2)(B) (Doc. 7), is **GRANTED**;

2. Defendant SHALL NOT file a responsive pleading until ordered to do so;

3. All other relief sought in the motion is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated:   **September 22, 2015**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

2