# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIAH BALIK,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**HON. FRED UPTON,**<br><br>　　　　**Defendant** | **CASE NO. 1:15-CV-1419 AWI JLT**<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS, FINDING APPEAL IS NOT TAKEN IN GOOD FAITH PURSUANT TO 28 U.S.C. § 1915(a)(3), and REVOKING IN FORMA PAUPERIS STATUS**<br><br>(Doc. No. 20) |

　　The Court adopted a Findings and Recommendation and closed this case on October 20, 2015. See Doc. No. 17. Plaintiff's case was dismissed because the nature of his case was fanciful and frivolous. See id. Plaintiff contended that United States Congressman Fred Upton harassed him and interfered with Plaintiff's life, business plans, and relationships with supermodels. See Doc. Nos. 1 at Ex. A; Doc. No. 20. On July 27, 2016, Plaintiff filed a motion to continue to proceed in forma pauperis and a notice of appeal. See Doc. Nos. 19, 20.

　　Plaintiff's allegations continue to be fanciful and frivolous. See Denton v. Hernandez, 504 U.S. 25, 32-33 (1992); Neitzke v. Williams, 490 U.S. 325, 328 (1989). Because Plaintiff's claims are fanciful and frivolous, Plaintiff's appeal is not taken in good. See id.; 28 U.S.C. § 1915(a)(3). The Court will deny Plaintiff's motion and revoke his in forma pauperis status. See 28 U.S.C. § 1915(e)(2)(B)(i).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to continue in forma pauperis status (Doc. No. 20) is DENIED ;
2. Plaintiff's in forma pauperis status is REVOKED;
3. Per 28 U.S.C. § 1915(a)(3), Plaintiff's appeal is not taken in good faith;
4. No motions for reconsideration of this order will be entertained; and
5. This case remains CLOSED.

IT IS SO ORDERED.

Dated:  July 29, 2016

_____
SENIOR DISTRICT JUDGE